**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

OLGA CRISTINA QUITO, *individually and on behalf*  Docket No.:
*of others similarly situated,*       16-cv-6634 (BMC)

       *Plaintiffs*,

    -against-

EL PEDREGAL RESTAURANT, CORP. (d/b/a EL
TRONO DE MEXICO SPORTS BAR) HUGO
LOPEZ, JUAN LOPEZ, JESUS RAMIREZ and
ERIKA SAAVEDRA,
       *Defendants.*
-----------------------------------------------------------------X

<u>**NOTICE OF MOTION**</u>

  **PLEASE TAKE NOTICE** that upon the annexed declaration of Marisol Santos, sworn

to on May 24, 2017, and the annexed memorandum of law,  the undersigned will move this

Court, at the United States Courthouse for the Eastern District of New York, located at 225

Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Brian M. Cogan, for an

Order awarding Plaintiffs the costs and reasonable attorneys' fees associated with this action,

together with such other and further relief as the Court may deem just and proper.

  Dated:  New York, New York
     May 24, 2017

       MICHAEL FAILLACE & ASSOCIATES, P.C.

     By: ___*/s/ Marisol Santos*_____ _____
       Marisol Santos, Esq.
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       (212) 317-1200
       *Attorneys for Plaintiff*